**DOUGLAS P. FLEMING, LLC, Appellant**

v.

**SECRETARY OF VETERANS AFFAIRS, Appellee**

**2017-1515**

United States Court of Appeals, Federal Circuit.

January 9, 2018

DAVID HILTON WISE, Wise & Donahue, PLLC, Fairfax, VA, argued for appellant. Also represented by PATRICK JOSEPH DONAHUE, Annapolis, MD.

AGATHA KOPROWSKI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

(Dyk, Bryson, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**